```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11116
   RUBY T COLEMAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3328


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/21/2007 and was confirmed 09/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
FORD MOTOR CREDIT        SECURED VEHIC    26852.88           .00          1686.00
FORD MOTOR COMPANY       UNSECURED        NOT FILED          .00              .00
BARCLAYS CAPITAL REAL ES CURRENT MORTG         .00           .00              .00
BARCLAYS CAPITAL REAL ES MORTGAGE ARRE     4855.58           .00              .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED          .00              .00
ACC INTERNATIONAL        UNSECURED        NOT FILED          .00              .00
ACCOUNT RECOVERY SERVICE UNSECURED        NOT FILED          .00              .00
ACCOUNT RECOVERY SERVICE UNSECURED        NOT FILED          .00              .00
APELIES                  UNSECURED        NOT FILED          .00              .00
ASSET ACCEPTANCE LLC     UNSECURED           675.00          .00              .00
BLAIR CREDIT SERVICES    UNSECURED        NOT FILED          .00              .00
CHARMING SHOPPES         UNSECURED           380.09          .00              .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED          .00              .00
COLLECTION CO OF AMERICA UNSECURED        NOT FILED          .00              .00
COMMONWEALTH EDISON      UNSECURED        NOT FILED          .00              .00
ER SOLUTIONS INC         UNSECURED          1107.41          .00              .00
GREGORY EMERGENCY PHYSIC UNSECURED        NOT FILED          .00              .00
HINCKLEY SPRING          UNSECURED        NOT FILED          .00              .00
ECAST SETTLEMENT CORP    UNSECURED           504.82          .00              .00
NCO FIN/99               UNSECURED        NOT FILED          .00              .00
PEOPLES GAS & LIGHT      UNSECURED          1585.76          .00              .00
TARGET NATIONAL BANK     UNSECURED           269.51          .00              .00
UNIVERSITY OF CHICAGO HO UNSECURED        NOT FILED          .00              .00
UNIVERSITY OF CHICAGO HO UNSECURED        NOT FILED          .00              .00
WOW INTERNET AND CABLE   UNSECURED        NOT FILED          .00              .00
JEREMIMA COLEMAN         NOTICE ONLY      NOT FILED          .00              .00
WORLD FINANCIAL NETWORK  UNSECURED            68.19          .00              .00
ILLINOIS DEPT OF REVENUE PRIORITY           2056.14          .00              .00
ILLINOIS DEPT OF REVENUE UNSECURED           350.40          .00              .00
ECMC                     UNSECURED          6483.55          .00              .00
JENNIFER A BLANC DOUGE   DEBTOR ATTY       1,525.00                          8.46
TOM VAUGHN               TRUSTEE                                           125.54

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11116 RUBY T COLEMAN
```

```
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 1,820.00

PRIORITY                                              .00
SECURED                                          1,686.00
UNSECURED                                             .00
ADMINISTRATIVE                                       8.46
TRUSTEE COMPENSATION                               125.54
DEBTOR REFUND                                         .00
                        ---------------   ---------------
TOTALS                  1,820.00                 1,820.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 04/23/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 11116 RUBY T COLEMAN